# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**LISA V. COOLEY,**

       **Plaintiff**

      **v.**                            **C-1-08-499**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant**

## ORDER

    This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 17) to which neither party has objected.

    Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is **ADOPTED AND INCORPORATED** herein.

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 17) the Court finds the ALJ's analysis is supported by substantial evidence and the ALJ's non-disability finding is **AFFIRMED**.

This matter is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

      **s/Herman J. Weber**
**Herman J. Weber, Senior Judge**
**United States District Court**